**Motion Granted; Order filed August 21, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00384-CV

_____

**MIDTOWN PARK DEVELOPMENT LTD, PAUL T. YOUNG AND HORIZON 2003, LLC, Appellant**

**V.**

**LOUIS F. GOZA, Appellee**

---

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 14-CV-0010**

---

## ORDER

Appellants' briefs were originally due June 22, 2018. When appellants failed to file briefs we issued an order requiring briefs to be filed on or before July 25, 2018. The court noted that a failure to file a brief would result in dismissal for want of prosecution. On July 27, 2018, appellant Paul Young filed a motion to extend time to file his brief. We grant the request and order appellant to file a brief with the clerk of this court on or before **August 27, 2018**.

The court has not received requests for extension of time from Midtown Park Development Ltd. or Horizon 2003, LLC. Appellant Paul Young may not file briefs on their behalf. *See Kunstoplast of Am. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996). If appellants Midtown Park Development Ltd. and Horizon 2003, LLC do not timely file briefs on or before August 27, 2018, the court will dismiss those appellants for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM